G. M. Bouner *et al.*, Appellants, v. William T.
Lisenby *et al.*, Respondents.

St. Louis Court of Appeals, February 15, 1898.

Jurisdiction, Appellate: ACTION INVOLVING TITLE TO REAL ESTATE.
   An action for a decree cancelling a deed of trust on real estate
   involves the title to land, hence not within the jurisdiction of this
   court on appeal.

*Appeal from the Greene Circuit Court.*—Hon. James T.
Neville, Judge.

Transferred to supreme court.

Bond, J.—This action is for a decree cancelling a
deed of trust on certain real estate. It has been ruled

by the supreme court that such a proceeding involves the title to real estate in the constitutional sense, and hence is not within the appellate jurisdiction of this court. *Overton v. Overton*, 131 Mo. 559; *McAnaw v. Matthis*, 129 Mo. 142; *Nearen v. Bakewell*, 110 Mo. 645; *Truesdale v. Brennan*, No. 6992, this court, unreported. This cause is therefore transferred to the supreme court under section 3300 of the Revised Statutes. It is so ordered. All concur.